IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| ALACIA C. QUINTON as PR for the Estate of April Lynn Quinton, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No.: 1:10-cv-02187-JMC ) |
| TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES U.S.A., INC.; TOYOTA MOTOR ENGINEERING AND MANUFACTURING NORTH AMERICA, INC.; TOYODA GOSEI NORTH AMERICA CORPORATION, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

### DEFENDANTS' RULE 26(a)(3) PRETRIAL DISCLOSURES

TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES U.S.A., INC., TOYOTA MOTOR ENGINEERING AND MANUFACTURING NORTH AMERICA, INC., and TOYODA GOSEI NORTH AMERICA CORPORATION, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Consent Amended Scheduling Order (May 18, 2012), submit the following pretrial disclosures:

I.     LIVE WITNESSES -

Rule 26(a)(3)(A)(i):  The name, the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

DISCLOSURE:

See **Exhibit A**, attached hereto, for a list containing the following witnesses which Defendants expect to present and may call at trial.

Defendants expect to present the following witnesses:

1. Karen M. Balavich
   Exponent
   39100 Country Club Drive
   Farmington Hills, MI 48331
   248.324.9166

   Ms. Balavich is a retained expert and is expected to testify regarding her opinions and analysis of the materials, condition, design, manufacture, and performance of the driver's curtain shield airbag in the 2009 Toyota Camry. Defendants refer to her expert report dated November 30, 2012 and her deposition testimony dated January 15, 2013.

2. Catherine F. Corrigan, Ph.D.
   Exponent
   3401 Market Street, Suite 300
   Philadelphia, PA 19104
   215.594.8800

   Dr. Corrigan is a retained expert and is expected to testify regarding her opinions and analysis of the occupant kinematics and injury mechanisms involved in the subject rollover crash. Defendants refer to her expert report dated December 3, 2012 and her deposition testimony dated January 9, 2013.

3. Geoffrey J. Germane, Ph.D, P.E.
   Germane Engineering
   5314 North River Run Drive, Suite 310
   Provo, UT 84604
   801.802.8888

   Dr. Germane is a retained expert and is expected to testify regarding his opinions and analysis pertaining to his reconstruction of the subject rollover accident. Defendants refer to his expert report dated November 29, 2012 and his deposition testimony dated December 11, 2012.

4. Robert J. Gratzinger, MS, MBA
   Gratzinger Engineering & Consulting, Inc.
   22 Via Ambra

        Newport Coast, CA 92657
        949.955.3400

        Mr. Gratzinger is a retained expert and is expected to testify regarding his opinions and analysis of the condition, design, and performance of the roof structure of the 2009 Toyota Camry. Defendants refer to his expert report dated November 29, 2012 and his deposition testimony dated December 19, 2012.

5.       Michael E. Klima, P.E.
        Design Research Engineering
        46475 DeSoto Court
        Novi, MI 48377
        248-668-3450

        Mr. Klima is a retained expert and is expected to testify regarding his opinions and analysis of the condition, design, and performance of the supplemental restraint systems in the 2009 Toyota Camry. Defendants refer to his expert report dated December 3, 2012 and his deposition testimony dated December 6, 2012.

6.       Ichiro Fukumoto
        Toyota Motor Corporation (Japan)
        c/o Toyota Legal One
        c/o Toyota Motor Sales, U.S.A., Inc.
        19001 S. Western Avenue – HQ11
        Torrance, CA 90501
        310.468.1772

        Mr. Fukumoto is an engineer at Toyota Motor Corporation and is expected to testify about the design, development, testing, and performance of the 2009 Toyota Camry's curtain shield airbag, as well as the crashworthiness of the 2009 Toyota Camry. Defendants also refer to Mr. Fukumoto's Rule 30(b)(6) deposition testimony dated August 30, 2012.

7.       Michael Schorle
        Toyoda Gosei North America Corporation
        1400 Stephenson Highway
        Troy, MI 48083
        248.280.2100

        Mr. Schorle is an engineer at TG Missouri Corporation and is expected to testify about the manufacturing processes and quality assurance/quality control procedures that were in place for the

   manufacture and assembly of the 2009 Toyota Camry's curtain shield airbag, including the processes and procedures used at STB, TGT, and TGMO. Defendants also refer to Mr. Schorle's Rule 30(b)(6) deposition testimony dated September 20, 2012.

8. Kim Brazil
   Hollow Creek Fire Dept.
   858 Hollow Creek Road
   Salley, SC 29137-9493
   803.564.6164

   Ms. Brazil was a member of the Hollow Creek Fire Department and responded to the subject accident on October 14, 2009. She is expected to testify about her observations and actions at the crash scene. Defendants also refer to Ms. Brazil's deposition testimony dated February 14, 2012.

9. Tina Livingston
   503 Bland Ave.
   Johnston, SC 29832
   803.275.3178

   Ms. Livingston was a member of the Aiken County EMS and responded to the subject accident on October 14, 2009. She is expected to testify about her observations and actions at the crash scene. Defendants also refer to Ms. Livingston's deposition testimony dated October 10, 2012.

Defendants may call the following witnesses if need arises:

1. William W. Van Arsdell, Ph.D., P.E.
   Engineering Principles
   20 Main Street, Suite 206
   Natick, MA 01760
   508.315.3900

   Dr. Van Arsdell is a retained expert and may testify regarding his opinions and analysis of the condition, design, and performance of the driver's seat belt restraint system in the 2009 Toyota Camry. Defendants refer to his expert report dated December 3, 2012 and his deposition testimony dated December 13, 2012. (Note: Defendants do not anticipate calling Dr. Van Arsdell in light of the Court's granting summary judgment as to Plaintiff's seat belt defect claims, but are disclosing Dr. Van Arsdell as a witness in the event that his opinions nonetheless become relevant at trial.)

4

2.  Micky C. Marine, P.E.
    Managing Engineer
    Exponent
    23445 North 19th Ave.
    Phoenix, Arizona 85027
    623.582.6949

    Mr. Marine is a consulting engineer and may testify about his factual knowledge about curtain airbag deployment testing conducted at Exponent on November 15, 2012 and November 20, 2012 in connection with this litigation. The reports of this testing were previously produced to Plaintiff on December 3, 2012 in connection with Defendants' expert disclosures.

3.  Janine Smedley
    Exponent
    23445 North 19th Ave.
    Phoenix, Arizona 85027
    623.582.6949

    Ms. Smedley is a consulting engineer and may testify about her factual knowledge about head form drop testing conducted at Exponent on November 30, 2012 in connection with this litigation. The report of this testing was previously produced to Plaintiff on December 3, 2012 in connection with Defendants' expert disclosures.

4.  Barry Hare
    Toyota Motor Sales, USA, Inc.
    Mailstop HQ11
    19001 S. Western Avenue
    Torrance, CA 90501
    310.468.1309

    Mr. Hare is an engineer at Toyota Motor Sales, U.S.A., Inc. and may testify about the function, performance, and results of the subject 2009 Toyota Camry's Event Data Recorder. Defendants also refer to Mr. Hare's Rule 30(b)(6) deposition testimony dated September 25, 2012.

5.  Kevin Ro
    Toyota Motor North America, Inc.
    Technical and Regulatory Affairs
    601 13th Street NW #910S
    Washington, DC 20005
    202.775.1700

        Mr. Ro is an engineer at Toyota Motor North America, Inc. and may testify about Toyota's communications with NHTSA regarding curtain shield airbags. Defendants also refer to Mr. Ro's Rule 30(b)(6) deposition testimony dated September 6, 2012.

6.     Lt. Corporal T.M. McKinney III
       SC Highway Patrol
       Troop 7 Post C
       1718 Charleston Highway
       Orangeburg, SC 29115
       803.531.6855

       Cpl. McKinney was the investigating officer for the subject crash. He may testify regarding his observations at the scene including, but not limited to, the information contained in the accident report and fatality package completed by the S.C. Highway Patrol. Defendants also refer to Cpl. McKinney's deposition testimony dated May 8, 2012.

7.     Deputy Adam R. Stubbs
       Aiken County Sheriff's Office
       420 Hampton Avenue NE
       Aiken, SC 29801
       803.642.1761

       Deputy Stubbs was a member of the Aiken County Sheriff's Office and responded to the subject accident on October 14, 2009. He may testify about his observations and actions at the crash scene. Defendants also refer to Deputy Stubbs' deposition testimony dated May 8, 2012.

8.     Kathleen Calais
       Aiken County EMS
       Emergency Services
       621 York Street
       Aiken, SC 29801
       803.642.1624

       Ms. Calais was a member of the Aiken County EMS and responded to the subject accident on October 14, 2009. She may testify about her observations and actions at the crash scene. Defendants also refer to Ms. Calais' deposition testimony dated May 8, 2012.

9. Chief J.D. Bledsoe
   Salley Police Department
   161 Railroad Avenue, North
   PO Box 484
   Salley, SC 29137
   803.258.3449

   Chief Bledsoe was a member of the Salley Police Department and responded to the subject accident on October 14, 2009. He may testify about his observations and actions at the crash scene.

10. Dr. Raymond Bynoe
    Palmetto Health Richland
    5 Medical Park Drive
    Columbia, SC 29203
    803.434.7000

    Dr. Bynoe was a physician at Palmetto Health Richland as of October 14, 2009. He may testify about his treatment of April Quinton for her injuries sustained in the subject accident.

11. Ronnie Cullum
    Lexington Co. Bus Driver
    PO Box 784
    Wagener, SC 29164
    803.522.1674

    Mr. Cullum was driving a school bus near the accident scene and called 911 to report the crash. He may testify regarding his actions and observations at the crash scene. Defendants also refer to Mr. Cullum's deposition testimony dated March 3, 2011.

12. George Day
    Wagener Fire Dept.
    805 W SD Hwy 46
    Wagener, SC 57380
    605.384.9999

    Mr. Day was a member of the Wagener Fire Department and responded to the subject accident on October 14, 2009. He may testify about his observations and actions at the crash scene. Defendants also refer to Mr. Day's deposition testimony dated February 13, 2012.

13. Glenn Poole
    Hollow Creek Fire Dept.
    858 Hollow Creek Road
    Salley, SC 29137-9493
    803.564.6164

    Mr. Poole was a member of the Hollow Creek Fire Department and responded to the subject accident on October 14, 2009. He may testify about his observations and actions at the crash scene. Defendants also refer to Mr. Poole's deposition testimony dated February 14, 2012.

14. Brody Redd
    Wagener Fire Dept.
    805 W SD Hwy 46
    Wagener, SD 57380
    605.384.9999

    Mr. Redd was a member of the Wagener Fire Department and responded to the subject accident on October 14, 2009. He may testify about his observations and actions at the crash scene. Defendants also refer to Mr. Redd's deposition testimony dated February 13, 2012.

15. Cody Redd
    Wagener Fire Dept.
    805 W SD Hwy 46
    Wagener, SD 57380
    605.384.9999

    Mr. Redd was a member of the Wagener Fire Department and responded to the subject accident on October 14, 2009. He may testify about his observations and actions at the crash scene. Defendants also refer to Mr. Redd's deposition testimony dated February 13, 2012.

16. Jeff Smith
    Aiken County Coroner's Office
    Room 216
    109 Park Avenue
    Aiken, SC 29801
    803.642.1740

    Mr. Smith may testify regarding the Aiken County Coroner's investigation of the subject crash and Ms. Quinton's injuries and/or death. Defendants also refer to Mr. Smith's deposition

testimony dated May 8, 2012.

17. Wesley Steen
274 Hollow Creek Road
Salley, SC 29137
Aiken County
803.564.5655

Mr. Steen was a member of the Hollow Creek Fire Department and responded to the subject accident on October 14, 2009. He may testify about his observations and actions at the crash scene.

18. Richard Sullivan
Wagener Fire Dept.
805 W SD Hwy 46
Wagner, SD 57380
605.384.9999

Mr. Sullivan was a member of the Wagener Fire Department and responded to the subject accident on October 14, 2009. He may testify about his observations and actions at the crash scene. Defendants also refer to Mr. Sullivan's deposition testimony dated February 13, 2012.

19. Alacia Quinton
224 Altees Corbett Road
Salley, SC 29137
803.564.6252

Ms. Quinton is the Plaintiff and mother of the decedent, April Quinton. She may testify about her observations and actions at the crash scene. Defendants also refer to Mr. Quinton's deposition testimony dated October 10, 2012.

II.    WITNESSES BY DEPOSITION:

Rule 26(a)(3)(A)(ii): The designation of those witnesses whose testimony is expected to be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.

DISCLOSURE:

See **Exhibit B**, attached hereto, for a list of deposition designations for the following witnesses that Defendants may present by deposition:

1. Kim Brazil
   Hollow Creek Fire Dept.
   858 Hollow Creek Road
   Salley, SC 29137-9493

2. Tina Livingston
   503 Bland Ave.
   Johnston, SC 29832

3. Lt. Corporal T.M. McKinney III
   SC Highway Patrol
   Troop 7 Post C
   1718 Charleston Highway
   Orangeburg, SC 29115

4. Richard Sullivan
   Wagener Fire Dept.
   805 W SD Hwy 46
   Wagner, SD 57380

5. Alacia Quinton
   224 Altees Corbett Road
   Salley, SC 29137
   803.564.6252

III. <u>EXHIBITS</u>

Rule 26(a)(3)(A)(iii): An identification of each document or other exhibit, including summaries of other evidence, separately identifying those which the party expects to offer and those which the party may offer if the need arises.

<u>DISCLOSURE:</u>

See **Exhibit C,** attached hereto, for a list of exhibits that Defendants expect to offer and may offer at trial.

Dated: May 1, 2013                    Respectfully submitted,

BOWMAN AND BROOKE LLP

By: <u>s/Richard H. Willis</u>
    Richard H. Willis
    Federal Bar No. 4700
    richard.willis@bowmanandbrooke.com
    Angela G. Strickland
    Federal Bar No. 9824
    angela.strickland@bowmanandbrooke.com
    1441 Main Street, Suite 1200
    Columbia, SC 29201
    Tel: 803.726.7420
    Fax: 803.726.7421

    *and*

    Bard D. Borkon
    (*Pro Hac Vice*)
    bard.borkon@bowmanandbrooke.com
    Bowman and Brooke LLP
    150 South Fifth Street, Suite 3000
    Minneapolis, MN 55402
    Tel: 612-672-3241
    Fax: 612-672-3200

    Counsel for Defendants,
    *Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., Toyota Motor and Manufacturing North America, Inc., and Toyoda Gosei North America Corporation*