**EXHIBIT C**

**2009 Model Year Passenger Cars**
**Airbag Rollover Sensors**
**Total Models* = 152**

- No Airbag Rollover Sensors 94.1% (n=143)
- Rollover Sensors - Window Curtain/Canopy 5.9% (n=9)

* Exotic Models Not Included

## 2009 Model Year Passenger Cars with Airbag Rollover Sensor

| Model | Description |
|---|---|
| Ford Taurus | Canopy |
| Lincoln MKS | Canopy |
| Mercedes C Class | Window Curtain |
| Mercedes CL | Window Curtain |
| Mercedes CLK | Window Curtain |
| Mercedes CLS Class | Window Curtain |
| Mercedes E Class | Window Curtain |
| Mercedes S Class | Window Curtain |
| Mercury Sable | Canopy |

## 2009 Model Year Passenger Cars without Rollover Sensor

| | | |
|---|---|---|
| Acura RL | Ford Fusion | Nissan Altima Hybrid |
| Acura TL | Ford Mustang | Nissan Cube |
| Acura TSX | Honda Accord | Nissan GT-2 |
| Audi A3 | Honda Civic | Nissan Maxima |
| Audi A4 | Honda Civic Hybrid | Nissan Sentra |
| Audi A5 | Honda Fit | Nissan Versa |
| Audi A6 | Honda S2000 | Pontiac G3/Wave |
| Audi A8 | Hyundai Accent | Pontiac G5 |
| Audi R8 | Hyundai Azera | Pontiac G6 |
| Audi S4 | Hyundai Elantra | Pontiac G8 |
| Audi S5 | Hyundai Genesis | Pontiac Solstice |
| Audi S6 | Hyundai Sonata | Pontiac Vibe |
| Audi S8 | Infiniti G37 | Porsche 911 |
| Audi TT/TTS | Infiniti M35 | Porsche Boxster |
| BMW 1-Series Coupe | Infiniti M45 | Porsche Cayman |
| BMW 1-Series Convertible | Jaguar XF | SAAB 9-3 |
| BMW 3-Series Coupe | Jaguar XJ | SAAB 9-5 |
| BMW 3-Series Convertible | Jaguar XK | Saturn Astra |
| BMW 3-Series Sedan / Sportwagon | Jaguar XK Convertible | Saturn Aura |
| BMW 5-Series | Kia Amanti | Saturn Aura Hybrid |
| BMW 6-Series | Kia Optima | Saturn Sky |
| BMW 6-Series Convertible | Kia Rio | Scion TC |
| BMW 7-Series | Kia Rondo | Scion xB |
| BMW Z4 Roadster/Coupe | Kia Spectra | Scion xD |
| Buick Allure | Lexus ES350 | Smart Fortwo |
| Buick LaCrosse | Lexus GS350 | Subaru Impreza |
| Buick Lucerne | Lexus GS460H Hybrid | Subaru Legacy |
| Cadillac CTS | Lexus IS350 | Toyota Avalon |
| Cadillac DTS | Lexus LS460 | Toyota Camry |
| Cadillac STS | Lexus LS600H Hybrid | Toyota Camry Hybrid |
| Cadillac XLR | Lexus SC430 | Toyota Corolla |
| Chevrolet Aveo | Lincoln Town Car | Toyota Matrix |
| Chevrolet Cobalt | Lincoln Zephyr/MKZ | Toyota Prius |
| Chevrolet Corvette | Mazda 3 | Toyota Yaris |
| Chevrolet Impala | Mazda Mazda6 | Volvo C30 |
| Chevrolet Malibu | Mazda MX-5 | Volvo C70 Convertible |
| Chevrolet Malibu Hybrid | Mazda RX8 | Volvo S40 |
| Chrysler 300 | Mercedes SL | Volvo S60 |
| Chrysler PT Cruiser | Mercedes SLK | Volvo S80 |
| Chrysler Sebring Convertible | Mercury Grand Marquis/Marauder | Volvo V50 |
| Chrysler Sebring Sedan | Mercury Milan | Volvo V70 |
| Dodge Avenger | Mini Cooper | VW EOS Convertible |
| Dodge Caliber | Mitsubishi Eclipse | VW GTI |
| Dodge Challenger | Mitsubishi Galant | VW Jetta V |
| Dodge Charger | Mitsubishi Lancer | VW New Beetle |
| Dodge Viper | Nissan 350Z | VW Passat |
| Ford Crown Victoria | Nissan 370Z | VW Rabbit |
| Ford Focus | Nissan Altima | |