IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Alacia C. Quinton as PR for the Estate of April Lynn Quinton, | ) ) ) | C/A No. **1:10-2187-JMC** |
| Plaintiff, | ) ) | PLAINTIFF'S SUPPLEMENTAL OBJECTIONS TO DEFENDANTS' |
| v. | ) ) | SECOND AMENDED EXHIBIT LIST |
| Toyota Motor Corporation, et al., | ) ) | |
| Defendants. | ) | |

Plaintiff, Alacia Quinton, submits her Fed. R. Civ. P. 26(a)(3) supplemental objections to Defendants' Second Amended Exhibit List:

| Ex. No. | Description of Exhibits | Objections |
|---|---|---|
| 320 | EXPECT TO OFFER<br>Toyoda Gosei (Thailand) Co., Ltd.Quality Control Department QC Process Chart Part No. GA421-01141 Model 045L Main Bag [TGNA000197-TGNA000201] | Hearsay; Authentication; Foundation |
| 321 | EXPECT TO OFFER<br>STB Textiles Industry Co., Ltd. 045L Curtain Shield Air Bag Inspection Report Part No. GA421-01141 Model 045L, Doc No. F-CQC-162-1 Dated: 3/15/2008 [TGNA000202-TGNA000204] | Hearsay; Authentication; Foundation |
| 322 | EXPECT TO OFFER<br>Limit Samples [TGNA000240 and TGNA000247 – TGNA000299] | Hearsay; Authentication; Foundation |
| 382 | MAY OFFER<br>045L Main Bag Dimension Report, STB Textiles Industry Co., Ltd., Part No. GA421-01141 Model 045L, Doc No. F-CQC-066-1, Dated: 7/10/2008 TGNA000205 | Hearsay; Authentication; Foundation |
| 383 | MAY OFFER<br>First Piece-Last Piece Check Sheet, Toyoda Gosei (Thailand) Co., Ltd. | Hearsay; Authentication; Foundation |

|  | Curtain Air Bag Model 044L<br>TGNA000206-TGNA000215 Japanese;<br>TGNA000216-TGNA000225 English |  |
| --- | --- | --- |
| 384 | MAY OFFER<br>Inspection Record Sheet No. FM-QA/QEC-G-01<br>Air Bag Braid S/A, Curtain Shield, RH / LH, Dated: 9/15/2009<br>TGNA000226-TGNA000230 Japanese;<br>TGNA000231-TGNA000235 English | Hearsay; Authentication; Foundation |
| 385 | MAY OFFER<br>Curtain Air Bag (No Solvent – 30g/m Coating Bag) limit sample, Dated 10/4/2011<br>TGNA000236-TGNA000237 Japanese;<br>TGNA000238-TGNA000239 English | Hearsay; Authentication; Foundation |
| 386 | MAY OFFER<br>List of content of limit sample No. NSC-000<br>TGNA000241-TGNA000243 Japanese;<br>TGNA000244-TGNA000246 English | Hearsay; Authentication; Foundation |

Respectfully Submitted,

HOPKINS LAW FIRM, LLC


 s/ William E. Hopkins, Jr..
William E. Hopkins, Jr. (Fed. I.D. #6075)
12019 Ocean Highway
Pawleys Island, South Carolina 29585
Telephone: (843) 314-4202
Facsimile: (843) 314-9365
Email: bill@hopkinsfirm.com

B. Allen Clardy, Jr. (Federal ID No. 6515)
THE CLARDY LAW FIRM
1001 E. Washington St.
Greenville, SC 29601
Telephone: (864) 233-8888
Facsimile: (864) 233-8889
Email: Allen@theclardylawfrrm.com

R. Graham Esdale, Jr.
J. Cole Portis
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Email: Graham.Esdale@beasleyallen.com
Cole.Portis@beasleyallen.com


Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court for the U.S. District Court, District of South Carolina, using the electronic case filing system of the court. The electronic case filing system sent "Notice of Electronic Filing" to all attorneys of record listed below on this __**10th**__ day of **June**, 2013.

Joel H. Smith
Angela G. Strickland
Richard H. Willis
Bowman & Brooke, LLP
1441 Main Street, Suite 1000
Columbia, SC 29201
(803) 726-0200

Bard D. Borkon
Bowman and Brooke, LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
(612) 672-3241

**Attorneys for Defendant**
**Toyota Motor Corporation;**
**Toyota Motor Sales, U.S.A., Inc.;**
**Toyota Motor Engineering and**
**Manufacturing North America, Inc.;**
**Toyoda Gosei North America Corp.**

s/ William E. Hopkins, Jr..