UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Alacia C. Quinton as PR for the Estate of April Lynn Quinton,<br><br>Plaintiff,<br><br>v.<br><br>Toyota Motor Corporation; Toyota Motor Sales U.S.A., Inc.; Toyota Motor Engineering and Manufacturing North America, Inc.; Toyoda Gosei North America Corporation,<br><br>Defendants. | Civil Action No.: 1:10-cv-02187-JMC<br><br><br><br>**DEFENDANTS' COUNTER-DESIGNATIONS AND OBJECTIONS TO PLAINTIFF'S RULE 26(a)(3)(A)(ii) DEPOSITION DESIGNATIONS** |

Defendants Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering and Manufacturing North America, Inc, and Toyoda Gosei North America Corporation, by and through the undersigned counsel, hereby file supplemental counter-designations and objections to Plaintiff's Rule 26(a)(3)(A)(ii) Deposition Designations, pursuant to Court's Final Amended Scheduling Order and Fed. R. Civ. P. 26(a)(3)(B).

### **Michael Schorle**

Counter-designations

    Page 5, line 3 – Page 13, line 15

    Page 15, lines 12-20

    Page 18, line 15 – Page 20, line 20

    Page 21, line 8 – Page 22, line 15

Page 24, line 13 – Page 25, line 3

Page 27, lines 4-8

Page 27, line 24 – Page 33, line 20

Page 48, lines 6-17

Page 50, lines 12 – Page 51, line 8

Page 54, line 2 – Page 55, line 10

Page 57, line 2 – Page 60, line 15

Page 62, lines 15 – Page 63, line 22

Page 68, lines 6-16

Page 69, line 11 – Page 70, line 11

Page 71, line 1 – Page 72, line 5

Page 84, lines 4-19

Page 86, line 4 – Page 89, line 11

Respectfully submitted

BOWMAN AND BROOKE LLP

By: s/Angela G. Strickland
Richard H. Willis
Federal Bar No. 4700
E-mail address:
richard.willis@bowmanandbrooke.com
Angela G. Strickland
Federal Bar No. 9824
E-mail address:
angela.strickland@bowmanandbrooke.com
1441 Main Street, Suite 1200
Columbia, SC 29201
(803) 726-7420

a*nd*

Bard D. Borkon
(*Pro Hac Vice*)
E-mail address:
bard.borkon@bowmanandbrooke.com
Bowman and Brooke LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Tel: 612-672-3241
Fax: 612-672-3200


Counsel for Defendants,
*Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., Toyota Motor and Manufacturing North America, Inc., and Toyoda Gosei North America Corporation*

Date:  June 12, 2013