UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Alacia C. Quinton as PR for the Estate of April Lynn Quinton, | ) ) ) | Civil Action No.: 1:10-cv-02187-JMC |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **VERDICT FORM** |
| Toyota Motor Corporation; Toyota Motor Sales U.S.A., Inc.; Toyota Motor Engineering and Manufacturing North America, Inc.; Toyoda Gosei North America Corporation, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**PART A.     AS TO THE STRICT LIABILITY CLAIMS AGAINST DEFENDANTS**

1. We, the jury, find for

   _____ Plaintiff          If you find for Plaintiff, proceed to Part B

   ✓ Defendants         If you find for Defendant, end your deliberation and sign and date the verdict form.

**PART B.     DAMAGES**

2. If you find that Plaintiff has proven her claim against Defendants, please state the amount of compensatory damages, if any, to which Plaintiff, as the personal representative of April Lynn Quinton, is now entitled.

   $_____

3. If you find that Plaintiff has proven her claim, you may award damages for April Lynn Quinton's statutory beneficiary - her daughter, Ella - under Plaintiff's wrongful death cause of action. Please state the total amount of damages, if any, to be awarded under Plaintiff's wrongful death claim.

   $_____



FOREPERSON – Signature

FOREPERSON – Printed Name

June 21, 2013