AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Alacia C. Quinton as PR for the Estate of April Lynn Quinton <br> *Plaintiff* <br> v. <br> Toyota Motor Corporation; Toyota Motor Sales U.S.A., Inc.; Toyota Motor Engineering and Manufacturing North America, Inc.; Toyoda Gosei North America Corporation <br> *Defendants* | ) <br> ) <br> ) Civil Action No.  1:10-2187-JMC <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff recover nothing, the action be dismissed on the merits as to the claim for strict liability, and the defendants Toyota Motor Corporation, Toyota Motor Sales U.S.A., Inc., Toyota Motor Engineering and Manufacturing North America, Inc., and Toyoda Gosei North America Corporation may recover costs from the plaintiff, Alacia C. Quinton as PR for the Estate of April Lynn Quinton .

This action was *(check one)*:

■ tried by a jury, the Honorable J. Michelle Childs presiding, and the jury has rendered a verdict on the claim for strict liability.

■ decided by the Honorable J. Michelle Childs, United States District Judge.

■   other: The court having granted the defendants' motions for summary judgment and partial summary judgment as to the claims for breach of express warranty and negligence as to design and crashworthiness as to the roof structure and restraint system against Toyota Motor Sales U.S.A., Inc., Toyota Motor Engineering and Manufacturing North America, Inc., and Toyoda Gosei North America Corporation, these claims are dismissed with prejudice.

■   other: The plaintiff, having voluntarily dismissed her claims for negligence as to design and failure to warn against Toyota Motor Corporation, and her claim for breach of implied warranty of merchantibility against all defendants, these claims are dismissed with prejudice.

Date:   June 24, 2013                                                         *CLERK OF COURT*

                                                                              s/Mary E. Deal
                                                                   *Signature of Clerk or Deputy Clerk*